# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### (EASTERN DIVISION)

| | |
|---|---|
| M&T CAPITAL AND LEASING CORPORATION *f/k/a* PEOPLE'S CAPITAL AND LEASING CORP., | |
| Plaintiff, | CASE NO.    1:23-cv-02829 |
| v. | |
| OLD EMPIRE, INC. and IVANA STEFANOVIC, | May 4, 2023 |
| Defendants. | |

## VERIFIED COMPLAINT

Plaintiff M&T Capital and Leasing Corporation, formerly known as People's Capital and Leasing Corp., by and through its undersigned counsel, for its Verified Complaint against defendants Old Empire, Inc. and Ivana Stefanovic (collectively the "Defendants"), states and alleges as follows:

## PARTIES AND JURISDICTION

1.     Plaintiff M&T Capital and Leasing Corporation[1] ("M&T") is a corporation organized and existing pursuant to the laws of the State of Connecticut with its principal place of business located at 850 Main Street, Bridgeport, Connecticut 06604.

2.     Defendant Old Empire, Inc. ("Old Empire") is an Illinois corporation with its principal place of business located at 1112 S Eldridge Lane, Elmhurst, Illinois 60126.

---

[1] M&T is successor by merger of the Loan Documents, as that term is defined herein. *See* ¶¶ 20–22.

3.      Defendant Ivana Stefanovic ("Stefanovic") is an individual who is a citizen of Illinois and has a primary residence at 2 Elm Creek Drive, Apt. 507, Elmhurst, Illinois 60126.

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because, upon information and belief, a substantial part of the property that is the subject of the action is situated in this district.

## GENERAL ALLEGATIONS

6.      On or about January 31, 2022, People's Capital and Leasing Corp. ("People's Capital") and Old Empire entered into Master Loan and Security Agreement No. 6647 (as amended from time to time, the "Master Loan Agreement"). A true and correct copy of the Master Loan Agreement is attached as **Exhibit A**.

7.      In accordance with Paragraph No. 3 of the Master Loan Agreement, to secure payment and performance of Old Empire to People's Capital, Old Empire conveyed, assigned, and granted to People's Capital a continuing security interest in "(i) the equipment described in the applicable Schedule and all amendments, riders and supplements thereto including all related software (embedded therein or otherwise), all parts, repairs, additions, attachments, replacements, replacement parts, accessions and accessories incorporated therein or affixed thereto, modifications and substitutions thereto . . . and (ii) all proceeds thereof including insurance proceeds . . . ." *See* Master Loan Agreement, ¶ 3.

8.      On or about January 31, 2022, Old Empire entered into Schedule No. 001 ("Schedule No. 1") to the Master Loan Agreement, pursuant to which People's Capital financed and obtained a purchase money security interest in one (1) 2020

Freightliner Cascadia Tractor, VIN 3AKJHHDR7LSLV7468 ("Schedule No. 1 Equipment"). A true and correct copy of Schedule No. 1 is attached as **Exhibit B**.

9.     Pursuant to the terms of the Master Loan Agreement and Schedule No. 1, Old Empire agreed to pay People's Capital forty-eight (48) consecutive monthly payments of $3,389.63. The total principal amount of Schedule No. 1 was $140,640.00.

10.     On or about February 4, 2022, Old Empire acknowledged that the Schedule No. 1 Equipment had been delivered to and was approved by Old Empire. A true and correct copy of the original Delivery Certificate related to Schedule No. 1 is attached as **Exhibit C**.

11.     On or about February 4, 2022, Old Empire entered into Schedule No. 002 ("Schedule No. 2") to the Master Loan Agreement, pursuant to which People's Capital financed and obtained a purchase money security interest in one (1) 2020 Freightliner Cascadia Tractor, VIN 1FUJHHDR1LLKV8236 ("Schedule No. 2 Equipment"). A true and correct copy of Schedule No. 2 is attached as **Exhibit D**.

12.     Pursuant to the terms of the Master Loan Agreement and Schedule No. 2, Old Empire agreed to pay People's Capital forty-eight (48) consecutive monthly payments of $3,301.65. The total principal amount of Schedule No. 2 was $137,000.00.

13.     On or about February 4, 2022, Old Empire acknowledged that the Schedule No. 2 Equipment had been delivered to and was approved by Old Empire. A true and correct copy of the original Delivery Certificate related to Schedule No. 2 is attached as **Exhibit E**.

14.     On or about February 14, 2022, Old Empire entered into Schedule No. 003 ("Schedule No. 3," and with Schedule No. 1 and Schedule No. 2, the "Schedules") to the Master Loan Agreement, pursuant to which People's Capital financed and obtained a purchase money security interest in one (1) 2019 Volvo VNL64T760 Truck,

VIN 4V4NC9EHKN197399 ("Schedule No. 3 Equipment," and with Schedule No. 1 Equipment and Schedule No. 2 Equipment, the "Equipment"). A true and correct copy of Schedule No. 3 is attached as **Exhibit F**.

15.     Pursuant to the terms of the Master Loan Agreement and Schedule No. 3, Old Empire agreed to pay People's Capital forty-eight (48) consecutive monthly payments of $2,891.96. The total principal amount of Schedule No. 3 was $120,000.00.

16.     On or about February 17, 2022, Old Empire acknowledged that the Schedule No. 3 Equipment had been delivered to and was approved by Old Empire. A true and correct copy of the original Delivery Certificate related to Schedule No. 3 is attached as **Exhibit G**.

17.     On or about January 31, 2022, guarantor Ivana Stefanovic executed an Individual Guaranty ("Guaranty") in favor of People's Capital, guaranteeing Old Empire's obligations under the Master Loan Agreement and Schedules. A true and correct copy of the Guaranty is attached as **Exhibit H**.

18.     The Guaranty was made to induce People's Capital to enter into the Master Loan Agreement with Old Empire.

19.     People's Capital's security interest in the Equipment is perfected due to its being listed as the first lienholder on the State of Illinois Certificate of Title of a Vehicle for the Equipment. True and correct copies of the original titles to the Equipment are attached as **Exhibit I**.

20.     As of April 2, 2022, People's United Bank, N.A., a national banking association located in Bridgeport, Connecticut, merged with and into M&T Bank, a New York state-chartered bank with a principal place of business located at One M&T Plaza, Buffalo, New York, with M&T Bank as the surviving bank. People's Capital and Leasing Corp. became a subsidiary of M&T Bank as of April 2, 2022.

21.     People's Capital amended its name with the Connecticut Secretary of State on August 29, 2022 to M&T Capital and Leasing Corp. A true and correct copy of the Certificate of Amendment filed with the Connecticut Secretary of State is attached hereto as **Exhibit J**.

22.     Accordingly, M&T is successor by merger of the Master Loan Agreement, the Schedules, and the Guaranty (collectively, the "Loan Documents").

23.     On or about April 18, 2023, M&T sent to the Defendants a Notice of Default, Acceleration, and Demand for Payment, which default was the result of Defendants' failure to make all payments when due. A true and correct copy of the original default notice is attached as **Exhibit K**.

24.     Pursuant to the Loan Documents, the Defendants remain obligated and responsible to M&T for the outstanding remaining balance of $353,949.51 as of April 14, 2023, plus default interest, attorneys' fees, costs and expenses which continue to accrue, and are required under the Loan Documents to surrender the Equipment immediately to M&T.

25.     M&T, as successor by merger, has performed all its obligations and conditions precedent to enforce the Loan Documents.

26.     M&T is the legal and rightful owner of the Loan Documents and has not assigned or transferred its rights in same.

## Count One – Replevin (Old Empire, Inc.)

27.     M&T repeats and realleges paragraphs 1 through 26 as if fully set forth herein.

28.     The Loan Documents entered into by and between M&T, as successor by merger, and Old Empire comport with the standard conduct of business within the industry.

29.     Pursuant to the Master Loan Agreement, if one or more events of default shall occur and be continuing with regard to Old Empire's obligations, M&T shall

have such rights and remedies with respect to the Equipment as provided in the Loan Documents, the Uniform Commercial Code, and any and all rights and remedies available at law and equity, including, but not limited to, entry of any location where the Equipment is located to take possession of it without process of law.

30.     Old Empire failed to make all payments when due under the Loan Documents, constituting an event of default pursuant to Section 14(i) of the Master Loan Agreement.

31.     M&T is entitled to possession of the Equipment under the Loan Documents.

32.     Old Empire wrongfully retains possession and control of the Equipment. As each day passes and the Equipment is not repossessed, the Equipment depreciates in value.

33.     Upon information and belief, the Equipment is located in DuPage County, Illinois.

34.     The description of the personal property is the Equipment described in the Schedules, specifically: one (1) 2020 Freightliner Cascadia Tractor, VIN 1FUJHHDR1LLKV8236 and two (2) 2019 Volvo VNL64T760 Truck, VINs 4V4NC9EHKN197399, 4V4NC9EHKN197399.

35.     The Equipment in question is not earnings and not exempt from execution.

36.     The replevin of the Equipment is not sought to hinder, delay or defraud any other creditor of Old Empire.

37.     Based upon the facts alleged herein, there is a substantial likelihood that M&T will prevail on the merits of its claim.

38.     Upon information and belief, Old Empire appears to be exercising a degree of control over the Equipment and continues to receive the benefit of use of the Equipment.

39.     Upon information and belief, the Equipment has not been taken for any tax, assessment, or fine levied by virtue of any law of this State, against the property of M&T, nor seized under any lawful process against the goods and chattels of M&T subject to such lawful process, nor held by virtue of any order for replevin against M&T.

40.     M&T has a right to replevy and recover the Equipment in which it has a security interest with a right to immediate possession and damages for such wrongful detention.

41.     M&T has a right to pursue any legal remedy available to it to collect the obligations outstanding, to enforce its remedies available to it both under the Loan Documents and otherwise, including, without limitation, the right to take possession of the Equipment and dispose of the same.

42.     Upon information and belief, the fair market value of the Equipment is $201,000.00 depending on its condition.

43.     By reason of such wrongful detention of the Equipment, M&T has sustained damages in the amount of $353,949.51 as of April 14, 2023, plus costs, expenses, attorneys' fees, and default interest, all of which continue to accrue.

44.     M&T may suffer irreparable harm if its request for an order of replevin is denied.

45.     M&T has demanded return of the Equipment, however, Old Empire has failed and refused to return the same.

46.     M&T has a perfected security interest in the Equipment as evidenced by the Certificates of Title attached as Exhibit I.

47.     M&T has retained the law firms of Updike, Kelly & Spellacy, P.C. and Gianaris Trial Lawyers, LLC and has agreed to pay said firms a reasonable fee for their services. Pursuant to Section 15 of the Master Loan Agreement, M&T is entitled

to recover from Old Empire its attorneys' fees and costs incurred in enforcing the Loan Documents.

<u>**Count Two – Breach of Contract (Old Empire, Inc.)**</u>

48.     M&T repeats and realleges paragraphs 1 through 26 as if fully set forth herein.

49.     M&T is the owner of the Master Loan Agreement and Schedules, pursuant to which Old Empire promised to make certain monthly payments for its possession and use of the Equipment.

50.     Old Empire has breached the Master Loan Agreement and Schedules by its failure to pay all monthly payments when due.

51.     On or about April 18, 2023, M&T sent to Old Empire a Notice of Default, Acceleration, and Demand for Payment, which default was the result of Old Empire's failure to make all payments when due in violation of Section 2 of the Master Loan Agreement.

52.     Pursuant to the Loan Documents, the Old Empire remains obligated and responsible to M&T for the outstanding remaining balance of $353,949.51 as of April 14, 2023, plus default interest, attorneys' fees, costs and expenses which continue to accrue.

53.     M&T has retained the law firms of Updike, Kelly & Spellacy, P.C. and Gianaris Trial Lawyers, LLC and has agreed to pay said firms a reasonable fee for their services. Pursuant to Section 15 of the Master Loan Agreement, M&T is entitled to recover from Old Empire its attorneys' fees and costs incurred in enforcing the Loan Documents.

<u>**Count Three – Breach of Guaranty (Ivana Stefanovic)**</u>

54.     M&T repeats and realleges paragraphs 1 through 26 as if fully set forth herein.

55.     On or about January 31, 2022, guarantor Stefanovic executed the Guaranty in favor of M&T, to induce M&T, as successor by merger, to enter into the Master Loan Agreement with Old Empire.

56.     Stefanovic breached the Guaranty by her failure to pay all amounts due under the Master Loan Agreement and Schedules after Old Empire failed to pay the same.

57.     On or about April 18, 2023, M&T sent to Stefanovic a Notice of Default, Acceleration, and Demand for Payment, which default was the result of Stefanovic's failure to make all payments when due in violation of Sections 1 and 2 of the Guaranty.

58.     Pursuant to the Guaranty, Stefanovic remains obligated and responsible to M&T for the outstanding remaining balance of $353,949.51 as of April 14, 2023, plus default interest, attorneys' fees, costs and expenses which continue to accrue.

59.     M&T has retained the law firms of Updike, Kelly & Spellacy, P.C. and Gianaris Trial Lawyers, LLC and has agreed to pay said firms a reasonable fee for their services. Pursuant to Section 1(c) of the Guaranty, M&T is entitled to recover from Stefanovic its attorneys' fees and costs incurred in enforcing the Loan Documents.

## **REQUEST FOR RELIEF**

WHEREFORE, plaintiff M&T Capital and Leasing Corporation claims the following relief from the Court:

1.      Replevin, seizure, and possession of the Equipment;

2.      Costs of replevin;

3.      Money damages;

4.      Attorneys' Fees, Costs, and Expenses; and,

5.      Such other relief as the Court deems just in law and equity.

Dated this 4th day of May, 2023.

Respectfully submitted,
M&T CAPITAL AND
LEASING CORPORATION

By:      */s/ Joshua A. Edelson*

Joshua A. Edelson, #6326848
Gianaris Trial Lawyers, LLC
One Court Street
Alton, Illinois 62002
Telephone: 618.681.9999
Email: jedelson@lawforpeople.com

*Of Counsel:*

Evan S. Goldstein
CT No. 418631; ARDC No. 6341523
(to be admitted *pro hac vice*)
Updike, Kelly & Spellacy, P.C.
225 Asylum Street, 20th Floor
Hartford, Connecticut 06103
Telephone: 860.548.2600
Facsimile: 860.548.2680
Email: egoldstein@uks.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

M&T CAPITAL AND LEASING
CORPORATION *f/k/a* PEOPLE'S
CAPITAL AND LEASING CORP.,

        Plaintiff,

v.                                   CASE NO.

OLD EMPIRE, INC. and IVANA
STEFANOVIC,

        Defendants.

I, Robert Van Tine, being duly sworn, depose and say:

I have read the foregoing Verified Complaint and declare under penalties of perjury as provided by law pursuant to 28 U.S.C. § 1746 that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and, as to such matters, I declare that I verily believe the same to be true.

Dated at Bridgeport, Connecticut, this __4__ day of May, 2023.

Name: Robert Van Tine
Title: Senior Vice President
M&T Capital and Leasing Corporation